# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PRISCILLA MALDONADO, | Case No. 1:19-cv-00551-LJO-SAB |
|---|---|
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF ACTION |
| v. | |
| UNITED HEALTH CARE CENTERS OF THE SAN JOAQUIN VALLEY, et al., | (ECF No. 8, 9) |
| Defendants. | FIVE DAY DEADLINE |

On August 19, 2019, an order was filed requiring Plaintiff to show cause why this action should not be dismissed for failure to serve in compliance with Rule 4(m) of the Federal Rules of Civil Procedure. On August 20, 2019, Plaintiff filed a declaration of counsel and proof of service indicating that she was not aware that the proofs of service needed to be filed.

The Court notes that pursuant to the proofs of service filed, the defendants in this action were served on May 31, 2019. Rule 12 of the Federal Rules of Civil Procedure provides that a defendant must serve an answer within 21 days after being served with the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A). Here, more than 21 days have passed since the defendants have been served and no responsive pleading has been filed nor have the parties filed a stipulation to extend time to respond. Accordingly, Plaintiff shall be required to either file a notice of the status of this action or a request for entry of default.

1

Finally, there is a scheduling conference set for September 23, 2019 in this matter. Plaintiff is advised that pursuant to the scheduling order issued on April 30, 2019, a joint scheduling report is due seven days prior to the scheduling conference.

Based on the declaration of counsel, the order to show cause, filed August 19, 2019 is HEREBY DISCHARGED. It is FURTHER ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall file a notice of the status of this action or a request for entry of default against the non-answering defendants.

IT IS SO ORDERED.

Dated:   **September 5, 2019**

UNITED STATES MAGISTRATE JUDGE