UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

-o0o-

| | |
|---|---|
| PRISCILLA MALDONADO, | ) Case No.: 1:19-cv-00551-LJO-SAB |
| Plaintiff, | ) ORDER RE STIPULATION ALLOWING ) PLAINTIFF TO FILE SECOND |
| vs. | ) AMENDED COMPLAINT FOR DAMAGES |
| UNITED STATES OF AMERICA, | ) (ECF No. 14) |
| Defendants. | ) FIVE DAY DEADLINE |

On September 20, 2019, a stipulation granting Plaintiff leave to file a second amended complaint was filed.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiffs SHALL FILE a second amended complaint within **five (5) days** from the date of entry of this order; and
2. The United States shall answer or otherwise respond to the Second Amended Complaint within **sixty (60) days** of the date of service.

IT IS SO ORDERED.

Dated: **September 20, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1