# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA MALDONADO,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED HEALTH CARE CENTERS OF THE SAN JOAQUIN VALLEY, et al.,<br><br>  Defendants. | Case No. 1:19-cv-00551-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO COMPLETE SERVICE ON DEFENDANT UNITED STATES OF AMERICA<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO FEBRUARY 11, 2020 at 10:00 A.M.<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANTS UNITED HEALTH CENTERS OF THE SAN JOAQUIN VALLEY AND HERMAN LEUNG AS DEFENDANTS<br><br>(ECF No. 20)<br><br>SEVEN DAY DEADLINE |

Priscilla Maldonado ("Plaintiff") filed this action on April 26, 2019 alleging medical malpractice against United Health Centers of the San Joaquin Valley. (ECF No. 1.) Currently before the Court is a stipulation filed November 4, 2019, requesting that the scheduling conference currently set for December 9, 2019, be continued to allow for completion of service on Defendant the United States. (ECF No. 20.) The Court shall grant the request to continue the scheduling conference.

However, the Court is concerned with the history of Plaintiff's failure to properly

| | |
|---|---|
| 1 | complete and file proofs of service in this action thus far, a concern highlighted in previous |
| 2 | orders. Of note, an order issued on August 19, 2019, requiring Plaintiff to show cause why this |
| 3 | action should not be dismissed for Plaintiff's failure to serve the summons and complaint in |
| 4 | compliance with Rule 4(m) of the Federal Rules of Civil Procedure. (ECF No. 8.) Plaintiff filed |
| 5 | a response and proof of service on August 20, 2019. (ECF No. 9.) On September 5, 2019, the |
| 6 | order to show cause was discharged and Plaintiff was ordered to file a notice of the status of this |
| 7 | action or request for entry of default within five days as no responsive pleading had been filed. |
| 8 | (ECF No. 10.) |
| 9 | Plaintiff did not comply with the September 5, 2019 order and on September 12, 2019, |
| 10 | the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to |
| 11 | comply and failure to prosecute. (ECF No. 11.) On this same date Plaintiff filed a second |
| 12 | amended complaint and response to the order to show cause. (ECF No. 12.) Based on Plaintiff's |
| 13 | response, the order to show cause was discharged on September 13, 2019. (ECF No. 13.) The |
| 14 | Court also disregarded the filed amended complaint because it did not comply with the |
| 15 | requirements of Rule 15(a) of the Federal Rules of Civil Procedure governing amendments, and |
| 16 | ordered Plaintiff to either file a motion for leave to file an amended complaint or a stipulation to |
| 17 | do so. (ECF No. 13.) The Court also advised Plaintiff that despite the contention that this matter |
| 18 | was now ready to proceed, since neither the original nor amended complaint named the United |
| 19 | States as a party in this action, no summons had issued. (Id.) |
| 20 | On September 20, 2019, a stipulation was filed whereby Plaintiff and Defendant the |
| 21 | United States agreed to allow for the filing of a second amended complaint that named the |
| 22 | United States as a defendant. (ECF No. 14.) On September 24, 2019, Plaintiff filed a second |
| 23 | amended complaint naming the United States as the only named defendant, in addition to doe |
| 24 | defendants. (ECF No. 18.) Given the operative complaint no longer names Defendant United |
| 25 | Health Centers of the San Joaquin Valley nor Defendant Herman Leung, the Court shall direct |
| 26 | the Clerk of the Court to administratively terminate these defendants from the docket. |
| 27 | On September 27, 2019, a summons was issued as to the United States. (ECF No. 19.) |
| 28 | On November 4, 2019, Plaintiff and Defendant the United States filed a stipulation to continue |

| | |
|---|---|
| 1 | the scheduling conference in this matter. (ECF No. 20.) The stipulation states that on November 1, 2019, the United States informed Plaintiff that Plaintiff had not properly served the United States in compliance with Federal Rule of Civil Procedure 4(i), and that "Plaintiff intends to promptly serve the United States." (Id.) Based on the stipulation, the Court shall grant the request to continue the scheduling conference and order Plaintiff to complete service on the United States. |

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The scheduling conference set for December 9, 2019 is CONTINUED to **February 11, 2020, at 10:00 a.m.** in Courtroom 9;

2. A joint scheduling report shall be filed **seven (7) days** prior to the continued scheduling conference date;

3. Within **seven (7) days** of entry of this order, Plaintiff shall complete service on Defendant the United States;

4. Within **two (2) days** of service on Defendant the United States, Plaintiff shall file the executed summons and proof of service with the Court; and

5. The Clerk of the Court is HEREBY DIRECTED to administratively terminate Defendant United Health Centers of the San Joaquin Valley and Defendant Herman Leung from this action.

IT IS SO ORDERED.

Dated: **November 5, 2019**

UNITED STATES MAGISTRATE JUDGE

3