# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Priscilla Maldonado,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>United States of America.<br><br>　　　　　Defendant. | **OLD CASE NO: 1:19-cv-00551-LJO-SAB**<br><br>**NEW CASE NO: 1:19-cv-00551-SAB**<br><br>**ORDER ASSIGNING ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES PURSUANT TO THE CONSENT OF ALL PARTIES** |

Pursuant to 28 U.S.C. § 636(c)(1), all parties have consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment. Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Stanley A. Boone for all further purposes and proceedings. Further papers shall bear the new case number **1:19-cv-00551-SAB.**

U.S. District Judge Lawrence J. O'Neill will take no further action in this case. Law and motion, pretrial conference and trial dates will need to be reset before Magistrate Judge Boone as necessary.

IT IS SO ORDERED.

Dated: **January 27, 2020**　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE